Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−19862−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cecelia P Gorman
   505 Thomas Avenue
   Barrington, NJ 08007

Social Security No.:
   xxx−xx−2944

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 29, 2024.

Dated: March 1, 2024
JAN: as

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-19862-ABA
Cecelia P Gorman  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Mar 01, 2024  Form ID: plncf13  Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cecelia P Gorman, 505 Thomas Avenue, Barrington, NJ 08007-1026 |
| aty | + | Flaster Greenberg, Commerce Center, 1810 Chapel Avenue West, Cherry Hill, NJ 08002-4606 |
| 519955759 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 519790362 | + | SyncBLowes, co Credit Corp Solutions Inc, 121 W Election Rd Suite 200, Draper UT 84020-7766 |
| 519790713 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519790364 | ++++ | TD BANK, 13 VETERANS PKWY, WILLINGBORO NJ 08046-1408 address filed with court:, TD Bank, 13 Levitt Pkwy, Willingboro NJ 08046 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: lillian.felici@flastergreenberg.com | Mar 01 2024 21:41:00 | Douglas S. Stanger, Douglas Stanger- Trustee, 1810 Chapel Avenue West, Cherry Hill, NJ 08002-4606 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2024 21:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2024 21:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 22:16:44 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519790355 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2024 21:48:27 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519898468 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 01 2024 21:48:55 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519790356 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 01 2024 21:48:49 | Credit One Bank, PO Box 98875, Las Vegas NV 89193-8875 |
| 519790357 | | Email/Text: mrdiscen@discover.com | Mar 01 2024 21:37:00 | Discover Bank, PO Box 15316, Wilmington DE 19850 |
| 519890828 | | Email/Text: mrdiscen@discover.com | Mar 01 2024 21:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519967124 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2024 21:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519790358 | + | Email/Text: mail@jenkinsclayman.com | Mar 01 2024 21:39:00 | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519790360 | + | Email/Text: Documentfiling@lciinc.com | Mar 01 2024 21:38:00 | Lending Club Corp, 71 Stevenson Street Suite 300, |

Case 22-19862-ABA    Doc 54    Filed 03/03/24    Entered 03/04/24 00:20:00    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: plncf13 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | San Francisco CA 94105-2985 |
| 519790359 | + | Email/Text: Documentfiling@lciinc.com | Mar 01 2024 21:38:00 | Lending Club Corp, PO Box 884268, Los Angeles CA 90088-4268 |
| 519902161 | ^ | MEBN | Mar 01 2024 21:31:32 | LendingClub Bank, NA, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520058595 | | Email/Text: camanagement@mtb.com | Mar 01 2024 21:39:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519790361 | + | Email/Text: camanagement@mtb.com | Mar 01 2024 21:39:00 | MT Bank, PO Box 900, Millsboro DE 19966-0900 |
| 519790363 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2024 21:48:50 | SyncBSams Club, PO Box 530942, Atlanta GA 30353-0942 |
| 520019076 | ^ | MEBN | Mar 01 2024 21:30:20 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Mar 03, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | on behalf of Attorney Flaster Greenberg doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Cecelia P Gorman mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 User: admin Page 3 of 3
Date Rcvd: Mar 01, 2024 Form ID: plncf13 Total Noticed: 24
TOTAL: 7