Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 22-19862 (ABA)

Cecelia P. Gorman
505 Thomas Avenue
Barrington, NJ  08007

Monthly Payment: $293.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/23/2025 | $293.00 | 02/25/2025 | $293.00 | 03/24/2025 | $293.00 | 04/22/2025 | $293.00 |
| 05/22/2025 | $293.00 | 06/24/2025 | $293.00 | 07/22/2025 | $293.00 | 08/22/2025 | $293.00 |
| 09/22/2025 | $293.00 | 10/22/2025 | $293.00 | 11/24/2025 | $293.00 | 12/22/2025 | $293.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 0 | CECELIA P. GORMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS LAW GROUP | 13 | $4,250.00 | $4,250.00 | $0.00 | $2,638.57 |
| 1 | FLASTER GREENBERG, P.C. | 13 | $2,132.49 | $2,132.49 | $0.00 | $1,323.95 |
| 2 | SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMEN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $2,678.98 | $15.14 | $2,663.84 | $0.00 |
| 5 | CREDIT ONE BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DISCOVER BANK | 33 | $4,999.24 | $28.27 | $4,970.97 | $0.00 |
| 7 | DISCOVER BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,594.50 | $0.00 | $1,594.50 | $0.00 |
| 9 | JENKINS CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LENDINGCLUB BANK, N.A. | 33 | $6,587.91 | $37.24 | $6,550.67 | $0.00 |
| 11 | LENDING CLUB CORP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LENDINGCLUB BANK, N.A. | 33 | $14,354.64 | $81.23 | $14,273.41 | $0.00 |
| 13 | M & T BANK | 33 | $20,178.76 | $114.18 | $20,064.58 | $0.00 |
| 14 | M & T BANK | 24 | $347.92 | $347.92 | $0.00 | $0.00 |
| 15 | SYNCBLOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $2,632.60 | $0.00 | $2,632.60 | $0.00 |
| 17 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TD BANK, N.A. | 33 | $4,955.93 | $28.02 | $4,927.91 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | JEFFREY E. JENKINS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $12,111.85 | $68.53 | $12,043.32 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 09/01/2023 | 5.00 | $0.00 |
| 02/01/2024 | Paid to Date | $1,465.00 |
| 03/01/2024 | 37.00 | $293.00 |
| 04/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,516.00 |
| Total paid to creditors this period: | $3,962.52 |
| Undistributed Funds on Hand: | $287.60 |
| Arrearages: | ($293.00) |
| Attorney: | JENKINS LAW GROUP |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**