UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JENKINS LAW GROUP
Jeffrey E. Jenkins Esq.
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

Order Filed on May 28, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Cecelia Gorman,

Debtor(s)

Case No.: ___22-19862___

Chapter: 13

Judge: ___ABA___

## AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 28, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jeffrey E. Jenkins_____, the applicant, is allowed a fee of $ _____891_____ for services rendered and expenses in the amount of $_____6.38_____ for a total of $_____897.38_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _393_ per month for _10_ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-19862-ABA

Cecelia P Gorman                                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID                    Recipient Name and Address**
db                      +  Cecelia P Gorman, 505 Thomas Avenue, Barrington, NJ 08007-1026

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name                          Email Address**

Andrew B Finberg
                               courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Douglas S. Stanger
                               on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com
                               diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Douglas S. Stanger
                               on behalf of Attorney Flaster Greenberg doug.stanger@flastergreenberg.com
                               diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Isabel C. Balboa
                               on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jeffrey E. Jenkins
                               on behalf of Debtor Cecelia P Gorman mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net

Matthew K. Fissel

District/off: 0312-1                    User: admin                                        Page 2 of 2
Date Rcvd: May 29, 2026                 Form ID: pdf903                               Total Noticed: 1

on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7