UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS LAW GROUP**
Jeffrey E. Jenkins, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

Order Filed on August 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Cecelia Gorman,
Debtor

Case No.: 22-19862

Adv. No.:

Hearing Date: August 25th, 2026 at 10:00am

Judge: ABA

Recommended Local Form: ☒ Followed ☐ Modified

## ORDER TO REIMPOSE AUTOMATIC STAY AS TO M&T BANK

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: August 26, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Jenkins Law Group and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

**ORDERED** that:

1. The automatic stay provisions to the bankruptcy code are hereby reimposed as to M&T Bank